1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD LEE DEBERRY, JR.,                    Case No.  2:22-cv-00237-JDP (PC)

12                 Plaintiff,                      ORDER TRANSFERRING CASE TO THE
                                                   FRESNO DIVISION OF THE UNITED
13          v.                                     STATES DISTRICT COURT FOR THE
                                                   EASTERN DISTRICT OF CALIFORNIA
14    CDCR, *et al.*,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 alleging that defendants violated his civil rights.  The alleged violations took place

19    in Kings County, which is part of the Fresno Division of the United States District Court for the

20    Eastern District of California.  *See* E.D. Cal. L.R. 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court.

24          Good cause appearing, it is hereby ORDERED that:

25          1.  This action is transferred to the United States District Court for the Eastern District of

26    California sitting in Fresno.

27

28

                                                   1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

        United States District Court
3            Eastern District of California
        2500 Tulare Street
4            Fresno, CA 93721

5

IT IS SO ORDERED.
6

7

Dated:    March 8, 2022             _____
8                  JEREMY D. PETERSON
              UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2